```
 1  CARL McCONNELL -- BAR NO. 42976
    HOGE, FENTON, JONES & APPEL, INC.
 2  Sixty South Market Street, Suite 1400
    San Jose, California 95113-2396
 3  Phone: (408) 287-9501
    Fax:  (408) 287-2583
 4
    Attorneys for Defendant
 5  Rothhammer International, Inc.
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9
                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10
11  MARTIN PHILIP HULL, an individual,     No. C05-03538 BZ
    and ZOOMERS, a sole proprietorship,
12                                         PROPOSED ORDER GRANTING MOTION
             Plaintiffs,                   TO ENLARGE TIME TO ANSWER OR
13                                         OTHERWISE PLEAD
       vs.
14
    ROTHHAMMER INTERNATIONAL,
15  INC., a corporation,
16           Defendant.
17
```

18    In consideration of Rothhammer International, Inc.'s Motion to Enlarge Time to

19 Answer or Otherwise Plead, and all papers related thereto:

20    IT IS HEREBY ORDERED that said Motion be and hereby is GRANTED. The

21 period for Defendant Rothhammer International, Inc. to answer or otherwise plead shall be

22 extended by an additional forty-five (45) days up to and including December 15, 2005.

23 DATED: November 8, 2005

24

25 BERNARD ZIMMERMAN
   MAGISTRATE JUDGE, U.S.
26 DISTRICT COURT

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

-1-
[PROPOSED] ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD
PENDING00075909\Motions\165956