1  DANIEL B. SCHEIN, PH.D. (SBN. 196595)
   JAMES CAI (SBN. 200189)
2  SCHEIN & CAI LLP
   100 Century Center Court, Suite 315
3  San Jose, CA 95112
   Phone: (408) 436-0789
4  Fax:   (408) 436-0758

5  Attorneys for Defendant
   ROTHHAMMER INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PHILIP HULL, an individual, and ZOOMERS, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>ROTHHAMMER INTERNATIONAL, INC., a corporation,<br><br>Defendant. | No. C05-03538-BZ<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT ROTHHAMMER INTERNATIONAL, INC.** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Rothhammer International, Inc., hereby substitutes Daniel B. Schein, Ph.D., and James Cai of the law firm of Schein & Cai LLP in the above matter as counsel for Rothhammer International, Inc.

### Former Attorney

Defendant, Rothhammer International, Inc.'s former counsel, Carl L. McConnell of Hoge Fenton Jones & Appel, Inc., 60 S. Market Street, Suite 1400, San Jose, CA 95113, Telephone: (408) 287-9501, Facsimile: (408) 287-2583 is no longer Rothhammer International, Inc.'s attorney in this matter.

///

///

///

## New Attorney

Plaintiff Rothhammer International, Inc.'s new counsel in this matter and new attorneys of record upon whom all notices and papers may be served are:

DANIEL B. SCHEIN, PH.D. (SBN. 196595)
JAMES CAI (SBN. 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA  95112
Telephone:   (408) 436-0789
Facsimile:   (408) 436-0758

## Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceeding in this matter:

DATED: December ___, 2005

ROTHHAMMER INTERNATIONAL, INC.

By _____

Name: _____

Title: _____

DATED: December 9, 2005

HOGE, FENTON, JONES & APPEL, INC.

By _____
CARL L. MCCONNELL
Former Attorneys for Defendant
ROTHHAMMER INTERNATIONAL, INC.

DATED: December 9, 2005

SHEIN & CAI LLP

By _____
DANIEL B. SCHEIN, PH.D.
JAMES CAI
Attorneys for Defendant
ROTHHAMMER INTERNATIONAL, INC.

///

///

SUBSTITUTION OF ATTORNEY
\\HFJAFILE\NDrive\75909\Ple\171901.doc

### New Attorney

Plaintiff Rothhammer International, Inc.'s new counsel in this matter and new attorneys of record upon whom all notices and papers may be served are:

DANIEL B. SCHEIN, PH.D. (SBN. 196595)
JAMES CAI (SBN. 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceeding in this matter.

DATED: December 13th, 2005

ROTHHAMMER INTERNATIONAL, INC.

By _[signature]_

Name: Dianne Rothhammer

Title: President

DATED: December 9, 2005

HOGE, FENTON, JONES & APPEL, INC.

By _[signature]_
CARL L. MCCONNELL
Former Attorneys for Defendant
ROTHHAMMER INTERNATIONAL, INC.

DATED: December 9, 2005

SHEIN & CAI LLP

By _[signature]_
DANIEL B. SCHEIN, PH.D.
JAMES CAI
Attorneys for Defendant
ROTHHAMMER INTERNATIONAL, INC.

///
///

-2-

SUBSTITUTION OF ATTORNEY
\\HFJAFILE\NDrive\75909\Pie\171901.doc

1    IT IS SO ORDERED.

2    DATED: December 14, 2005

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman

-3-

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 60 South Market Street, San Jose, California 95113-2396. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **SUBSTITUTION OF COUNSEL FOR DEFENDANT ROTHHAMMER INTERNATIONAL, INC.** by placing said copies in envelopes addressed to:

| | |
|---|---|
| Raymond J. Vivacqua<br>Brinks, Hofer, Gilson & Lione<br>521 South Main Street, No. 200<br>Ann Arbor, MI  48104-2921<br>Telephone:   (734) 302-6000<br>Facsimile:    (734) 994-6331<br>**Co-Counsel for Defendant**<br>**Rothhammer International, Inc.** | Douglas A. Chaikin<br>Peninsula IP Group<br>26150 Bucks Run<br>Corral de Tierra, CA 93908<br>Telephone:   (831) 484-2641<br>Facsimile:    (831) 886-2488<br>**Attorney for Plaintiffs Martin**<br>**Philip Hull and Zoomers** |

Daniel B. Schein, PH.D.
James Cai
Schein & Cai LLP
100 Century Center Court
Suite 315
San Jose, CA  95112
Telephone:   (408) 436-0789
Facsimile:    (408) 436-0758
**New Counsel for Defendant**
**Rothhammer Internationsl, Inc.**

which envelopes were then sealed and, with postage fully prepaid thereon, were on December 13, 2005 placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

1     I declare under penalty of perjury under the laws of the State of California that
2 the foregoing is true and correct and that this Declaration was executed on December
3 13, 2005.

*Priscilla Ramos* (signature)

PRISCILLA RAMOS

Court Action No: C05-03538-BZ
Case Name: Hull v. Rothhammer International, Inc.