IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PHILIP HULL, an individual, and ZOOMERS, a sole proprietorship,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROTHHAMMER INTERNATIONAL, INC., a corporation,<br><br>    Defendant.<br>_____ / | No. C 05-03538 WHA<br><br>**ORDER RE PLAINTIFFS' REQUEST FOR CLARIFICATION AND REQUEST FOR RENEWAL OF *PRO HAC VICE* APPLICATIONS** |

      Plaintiffs request clarification of Magistrate Judge Zimmerman's December 9, 2005 order substituting in Daniel B. Schein, Ph.D. and James Cai as Rothhamer's counsel. The Court does not find the magistrate judge's order ambiguous in anyway. These attorneys are Rothhamer's counsel.

      Plaintiffs also "respond" to the request for *pro hac vice* admission in this Court by several attorneys licensed in Michigan and practicing with the firm of Brinks Hofer Gilson & Leone, filed January 3, 2006. No ruling was made by the magistrate judge on these requests prior to referral of this matter to the undersigned judge. For reasons other than those articulated by plaintiffs, these applications are inadequate. They do comply with the local rules. The applications merely indicate that the *pro hac vice* applicants are members of the bar of Michigan, not a particular court within that state before which they are licensed to practice. The

1  Court requests that the applicants resubmit their requests in compliance with the local rules by

2  **JANUARY 19, 2006**.  Plaintiffs may raise any additional worries they have about defense counsel

3  during the case management conference set on January 26, 2006.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  January 10, 2006



8                            WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE