Daniel Schein, Ph.D. (SBN 196595)
James (Jingming) Cai (SBN 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendant
Rotthammer International, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PHILIP HULL, an individual, and ZOOMERS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>ROTHHAMMER INTERNATIONAL, INC., a corporation,<br><br>Defendant. | Case No.: C05-03538-BZ<br><br>**ORDER ON MOTION TO ADMIT PRO HAC VICE** |

After considering James Cai's Motion to Admit Pro Hac Vice, the court GRANTS James Cai's Motion and Orders that David D. Murray be allowed to appear pro hac vice until the conclusion of this case.

Signed on: January 17, 2006

_____
U.S. District Judge

APPROVED
Judge William H. Alsup

APPROVED AND ENTRY REQUESTED

\_\_\_\_/s/_____
James Cai
Attorneys for Defendant
Rotthammer International, Inc.

1